UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISRAEL ALVARADO, *et al.*,

   Plaintiffs,

v.   Case No. 8:22-cv-1149-WJF-CPT

LLOYD AUSTIN, III, *et al.*,

   Defendants.
_____/

### ORDER TRANSFERRING CASE

The Court finds that venue in the Tampa Division is not proper. *See* Local Rule 1.04(b), M.D. Fla. Plaintiffs have filed a motion to transfer this action pursuant to 28 U.S.C. § 1406(a) to the Eastern District of Virginia, which is not opposed. After carefully reviewing the submissions, and having heard argument on July 25, 2022, the Court finds on balance that the convenience factors and interests of justice weigh in favor of transfer pursuant to 28 U.S.C. § 1404(a).

Accordingly, the unopposed motion (Dkt. 46) is granted. The Court transfers this action to the Eastern District of Virginia and directs the Clerk to accomplish same and thereafter close the case.

**DONE AND ORDERED** at Tampa, Florida on July 27, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE